1  DAVID B. ABEL (SBN 156744)
   david.abel@dlapiper.com
2  NANCY T. NGUYEN (SBN 215869)
   nancy.nguyen@dlapiper.com
3  DLA PIPER LLP (US)
   1999 Avenue of the Stars, Suite 400
4  Los Angeles, CA 90067-6023
   Tel: 310.595.3000
5  Fax: 310.595.3300

6  Attorneys for Plaintiff
   Luggage America, Inc.
7

8  DAVID M. KLEIMAN (SBN 194955)
   davidkleiman@lapatents.com
9  L.A. PATENTS
   Intellectual Property Law
10 21900 Burbank Blvd., Third Floor
   Woodland Hills, CA 91367
11 Tel: 818.884.0949
   Fax: 818.884.2898
12
   Attorneys for Defendants
13 Pacific Coast Luggage, Inc.
   And Scott Oh
14

**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUGGAGE AMERICA, INC., a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> PACIFIC COAST LUGGAGE, INC., a California corporation and SCOTT OH, an individual, <br><br> Defendant. | CASE NO. CV 08-04103 VBF (PJWx) <br><br> *[Hon. Valerie Baker Fairbank]* <br><br> **ORDER AND FINAL JUDGMENT** <br><br> Complaint Filed: June 20, 2008 |

The Court having received and reviewed the parties' Stipulated Judgment and Permanent Injunction, IT IS ORDERED, ADJUDGED AND DECREED:

1.   On the patent infringement of Luggage America, Inc.'s ("Luggage America") Patent Nos. 6,923,352 ("'352 Patent"); D489,531 ("'531 Patent"); and D530,513 ("'513 Patent") (collectively, "Patents-in-Suit"), Judgment is entered in favor of Luggage America against Defendants Pacific Coast Luggage, Inc. ("PCL") and Scott Oh ("Oh") in the amount of One Hundred Fifty Thousand Dollars ($150,000.00), to be paid to Luggage America in two (2) installments, the first seventy-five thousand ($75,000.00) within ten (10) days of the Parties' execution of the settlement agreement in this matter, dated April 7, 2009 ("Settlement Agreement"); and the second seventy-five thousand ($75,000.00) within thirty (30) days of execution of the Settlement Agreement.

2.   A permanent injunction with regard to the Patents-in-Suit is entered as follows:

PCL, its subsidiaries, affiliates, related companies, officers, agents, servants, employees, attorneys, confederates, successors and assigns and Oh, his heirs, successors, agents and assigns, and all persons previously acting, now acting, or acting in the future for, with, by, through, under, in active concert with or in participation with, any of the foregoing, and who receive actual notice of this injunction, shall be and hereby are permanently ENJOINED from:

   a.   Making, using, selling or offering to sell, or importing into the United States, the RBP 6040 and RBP 6020 products that infringe upon the Patents-in-Suit;

   b.   Making, using, selling or offering to sell, or importing into the United States, any rolling backpack product that is insubstantially different from the RBP 6040 and RBP 6020.

3.   Notwithstanding the foregoing provision, the parties agree that the rolling backpack product sold under the Model No. RBP 4050, a representative sample of which having been identified to the Defendants, shall not be subject to

1 this injunction so long as said Model No. RBP 4050 is not subsequently modified to
2 incorporate additional features of the Patents-In-Suit.

3     4. Each party to bear their own costs and attorneys' fees.

4     5. This Court shall have continuing jurisdiction to enforce this Judgment
5 and Permanent Injunction.

IT IS SO ORDERED.

Dated: April 10, 2009     By *Valerie Baker Fairbank*
Honorable Valerie Baker Fairbank
United States District Judge